UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

NADINE MENENDEZ,                                :      25-cv-10794 (SHS)

                        Plaintiff,              :      <u>ORDER</u>

        -v-                                     :

UNITED STATES OF AMERICA,                       :

                        Defendant.              :

---------------------------------------------------------------x


SIDNEY H. STEIN, U.S. District Judge.

        The initial pretrial conference having been held today, with counsel for all parties present,

        IT IS HEREBY ORDERED that:

        1.      Defendant's response to plaintiff's motion for return of property is due on or before February 11, 2026; and

        2.      Plaintiff's reply is due on or before February 25, 2026;


Dated:  New York, New York
        January 28, 2026

                                        SO ORDERED:

                                        _____
                                        Sidney H. Stein, U.S.D.J.