UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

NADINE MENENDEZ,                              :         25-Cv-10794 (SHS)

                      Plaintiff,      :

             -v-                                 :         ORDER

UNITED STATES OF AMERICA,            :

                 Defendant.      :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that the Court will hear oral argument regarding plaintiff's motion for return of property pursuant to Fed. R. Crim. Pro. 41(g) on Thursday, May 14, 2026, at 2:30 p.m. in Courtroom 23A.

Dated: New York, New York
       May 11, 2026

                        SO ORDERED:

                        _____

                         Sidney H. Stein, U.S.D.J.