

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 13, 2026

**BY ECF**

The Honorable Sidney H. Stein                    **MEMO ENDORSED**
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

       Re:    *Nadine Menendez v. United States*,
            25 Civ. 10794 (SHS)

Dear Judge Stein:

       The Government writes to respectfully request, with the consent of counsel for the plaintiff, that the oral argument presently scheduled for May 14, 2026 be adjourned to a date next week convenient for the Court in order to allow the parties to explore a potential consensual resolution or narrowing of the disputed issues raised by the instant motion.

       This week, during the course of preparing for oral argument, the Government observed that a declaration from Nadine Menendez covering the same subject matter as the declaration and email from Robert Menendez (Dkts. 22-2, 23-1) could potentially facilitate narrowing or resolving the disputes raised by the motion, and contacted counsel for the plaintiff to invite her to prepare such a declaration. The Government received such a declaration from the plaintiff yesterday (attached hereto as Exhibit A) and is exploring the possibility of narrowing or resolving the outstanding disputes as a result. Given the potential that this may affect the scope of, or necessity for, the scheduled oral argument, the Government respectfully requests that the oral argument be adjourned until next week.

Honorable Sidney H. Stein
May 13, 2026
Page 2

Counsel for the plaintiff consents to the requested adjournment, and advises that she is unavailable the week of May 25, 2026.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    s/ Paul M. Monteleoni
       Daniel C. Richenthal
       Paul M. Monteleoni
       Lara Pomerantz
       Catherine Ghosh
       Eli J. Mark
       Assistant United States Attorneys
       (212) 637-2109/2219/2343/1114/2431

Enclosure
cc:    (by ECF)

       Counsel of Record

**At the request of the government, and with the consent of plaintiff, oral argument on plaintiff's Rule 4(g) motion is adjourned until May 20, 2026, at 11:00 a.m. in Courtroom 23A.**

**Dated: New York, New York**

**May 13, 2026**

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.