UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

NADINE MENENDEZ,                                    :        25-cv-10794 (SHS)

                            Plaintiff,              :        ORDER

            -v-                                     :

UNITED STATES OF AMERICA,                           :

                            Defendant.              :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

 A pretrial conference having been held today, with counsel for all parties present,

 IT IS HEREBY ORDERED that the next conference is scheduled for June 5, 2026, at 3:00 p.m.

Dated: New York, New York
   May 26, 2026

                                          SO ORDERED:

                                          _____
                                          Sidney H. Stein, U.S.D.J.