

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 12, 2026

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   **Re:** ***Nadine Menendez v. United States***,
      **25 Civ. 10794 (SHS)**

Dear Judge Stein:

  The Government writes to respectfully advise the Court that the Federal Bureau of Investigation has located one of the jewelry items discussed at the June 5, 2026 oral argument (a pair of earrings, which was contained in the evidence bag in which it was listed in the inventory), and continues to look into the remaining issues discussed at the June 5 conference.

Honorable Sidney H. Stein
June 12, 2026
Page 2

      This motion has not to date been consensually resolved.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    s/ Paul M. Monteleoni
            Daniel C. Richenthal
            Paul M. Monteleoni
            Lara Pomerantz
            Catherine Ghosh
            Eli J. Mark
            Assistant United States Attorneys
            (212) 637-2109/2219/2343/1114/2431

cc:    (by ECF)
       Counsel of Record