

June 15, 2026

**Sarah Krissoff**
Direct Phone   212-908-1388
Direct Fax      646-225-5128
skrissoff@cozen.com

**VIA ECF**

The Honorable Sidney H. Stein
United States District Court,
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**    *Nadine Menendez v. United States*, 25 Civ. 10794 (SHS)

Dear Judge Stein:

We write to supplement the Government's brief letter to the Court, dated June 12, 2026.

As discussed at the June 5, 2026 oral argument, during Mrs. Menendez's inspection of her jewelry on June 3, 2026, there were a number of missing items. Simply put, there were items of jewelry identified on the FBI's own inventory of jewelry seized from Mrs. Menendez's home that were not found in their listed evidence envelopes. We informed the Government of this on the same day, and we understand that the Government has been looking for the missing items.

On June 10, 2026, the Government informed us that the FBI had located one of the missing items of jewelry, but had not yet located the other items. We understand that the FBI is continuing to look for the missing jewelry. The Government updated the Court regarding the same in their letter dated June 12, 2026.

While we remain hopeful that we will be able to resolve the matter consensually, the missing jewelry has made that more difficult—particularly given the scope of the release requested by the Government to return the items.

Respectfully submitted,

Sarah Krissoff

cc:   All AUSAs of record (via e-mail)